**Opinion issued June 22, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00223-CV

———————————

## BAYLOR CHI ST. LUKE'S HEALTH SERVICES, LLC AND BAYLOR ST. LUKE'S MEDICAL GROUP (INCORRECTLY NAMED AS BAYLOR ST. LUKE'S MEDICAL GROUP INC. D/B/A BAYLOR ST. LUKE'S MEDICAL CENTER), Appellants

## V.

## CAROLYN HAYES, Appellee

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Case No. 2021-71626

## MEMORANDUM OPINION

Appellants, Baylor CHI St. Luke's Health Services, LLC, and Baylor St.

Luke's Medical Group (incorrectly named as Baylor St. Luke's Medical Group Inc.,

doing business as Baylor St. Luke's Medical Center), appealed from the trial court's

February 28, 2023 "Order of Turnover and Appointment of Receiver." On June 14, 2023, appellants filed a "Motion to Voluntarily Dismiss Appeal," stating that the parties "ha[d] reached an agreement in the underlying district court action that negate[d] the subject of th[e] appeal." Based on that agreement, appellants requested that the Court dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellee, Carolyn Hayes, is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.